UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES "JASMINE" JONES, | NO. CV 08-6309 PSG (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| F.B. HAWS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 11/18/09

PHILIP S. GUTIERREZ
PHILIP S. GUTIERREZ
United States District Judge